Paulette Lynn Stewart, Office of the U.S. Attorney, Helena, MT, Leif Johnson, Office of the U.S. Attorney, Billings, MT, for Plaintiff–Appellee.

Michael Donahoe, Esquire, Assistant Federal Public Defender, Federal Defenders of Montana, Helena, MT, for Defendant–Appellant.

Before: GOODWIN, WALLACE, and FISHER, Circuit Judges.

## MEMORANDUM **

Bryon Walter Petz appeals from the district court's judgment and challenges the 24–month sentence imposed following his guilty-plea conviction for being a felon in possession of a firearm and ammunition, in violation of 18 U.S.C. § 922(g)(1). We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Petz contends that the district court erred by applying a six-level official victim enhancement under U.S.S.G. § 3A1.2(c)(1). The record supports the district court's finding that Petz's conduct in resisting arrest created a substantial risk of serious bodily injury to the arresting officer; thus, the district court did not abuse its discretion in imposing the enhancement. *See* U.S.S.G. § 3A1.2(c)(1); *United States v. Anchrum,* 590 F.3d 795, 805 (9th Cir.2009)

(district court's imposition of enhancement under U.S.S.G. § 3A1.2(c)(1) reviewed for abuse of discretion).

**AFFIRMED.**

**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Jesus TIRADO–MATA, Defendant–
Appellant.**

**No. 11–10590.**

United States Court of Appeals,
Ninth Circuit.

Submitted Dec. 19, 2012.*

Filed Dec. 31, 2012.

Christina Marie Cabanillas, Assistant U.S., United States District Court, Tucson, AZ, for Plaintiff–Appellee.

Rubin Salter, Jr., Esquire, Law Office Of Rubin Salter, Jr, Big Spring, TX, for Defendant–Appellant.

Jesus Tirado–Mata, Tucson, AZ, pro se.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: GOODWIN, WALLACE, and FISHER, Circuit Judges.

MEMORANDUM **

Jesus Tirado–Mata appeals from the district court's judgment and challenges his guilty-plea conviction and 48–month sentence for reentry after deportation, in violation of 8 U.S.C. § 1326. Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Tirado–Mata's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Tirado–Mata the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).